### Rashawn Lamont ALEXANDER, Plaintiff—Appellant,

v.

### Joyce FRANCIS, Warden, Defendant—Appellee.

### No. 06–7593.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 23, 2007.

Rashawn Lamont Alexander, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashawn Lamont Alexander, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alexander v. Francis*, No. 1:06–cv–00094–JSK (N.D.W.Va. Aug. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*